## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JODEE BRIMMER and CHRISTOPHER
BRIMMER, her husband,

    Plaintiffs,

v.                                                                                     CASE NO: 8:07-cv-295-T-26MSS

TARGET CORPORATION,

    Defendant.
_____/

## O R D E R

Upon due consideration of Defendant's Agreement with Motion to Remand, it is ordered and adjudged as follows:

    1) The Motions to Remand (Dkts. 6 and 10) are granted.

    2) The Clerk is directed to remand this case to the Circuit Court of the Sixth Judicial of the State of Florida, in and for Pinellas County, Florida.

    3) The Clerk is directed to close this case following remand.

**DONE AND ORDERED** at Tampa, Florida, on March 12, 2007.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record